# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

STEPHANIE LOZOYA, individually, and,
as Personal Representative of the Wrongful Death
Estate of Arthur Lozoya; LATOYA LOZOYA;
ARTURO LOZOYA; and MARIA SAAVEDRA,

    Plaintiffs,

v.                                      CIVIL NO. 16-896 JB/KK

UNITED STATES OF AMERICA,

    Defendant.

## STIPULATION OF DISMISSAL

The parties, by their undersigned attorneys, hereby stipulate and agree that this action is dismissed with prejudice, with the parties to bear their own costs.   This Stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

                                        Respectfully submitted,

                                        /s/ approved electronically
                                      JAMES H. WOOD
                                      THOMAS GORDON WOOD
                                      Law Office of James H. Wood PC
                                      423 6th Street, NW
                                      Albuquerque, NM   87102
                                      505-340-3134; Fax: 505-340-3136
                                      Jwood@jameswoodlaw.com
                                      Twood@jameswoodlaw.com
                                      For Plaintiffs

JAMES D. TIERNEY
Acting United States Attorney

 /s/ Christopher F. Jeu 1/17/18
CHRISTOPHER F. JEU
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM   87103
(505) 224-1458; Fax: (505) 346-7205
E-mail: christopher.jeu@usdoj.gov
For Defendant United States of America